IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

United States of America,

Plaintiff,

vs.                                                    Case No. 14-10045-JTM

Aaron Ramirez-Saucedo,

Defendant.

MEMORANDUM AND ORDER

This matter is before the court on the defendant Aaron Ramirez-Saucedo's Motion
to Vacate Sentence under 28 U.S.C. § 2255. The defendant's direct appeal of his conviction
and sentence is currently pending before the Tenth Circuit Court of Appeals.

"The appropriate course of action for addressing a § 2255 motion filed during the
pendency of the direct appeal is to dismiss the § 2255 action without prejudice." *Blair v.
United States*, 527 Fed.Appx. 838 (11th Cir. 2013) (citing *United States v. Dunham*, 240 F.3d
1328, 1329 (11th Cir. 2011). *See also United States v. Smiley*, 60 Fed.Appx. 990 (4th Cir. 2003)
(refusing to grant certificate of appealability following dismissal without prejudice of
Section 2255 claim filed during pendency of direct appeal); *United States v. Allen*, 2014 WL
6872697 (D. Vt. 2014) (Section 2255 action filed during pendency of direct appeal dismissed

1

without prejudice in absence of showing that such action is "much more promising" than

the direct appeal) (citing *United States v. Vilar*, 645 F.3d 543, 546 (2d Cir. 2011)). Here the

defendant has made no attempt to demonstrate that the § 2255 action meets this standard.

IT IS ACCORDINGLY ORDERED this 20th day of February, 2015, that the

defendant's Motion to Vacate (Dkt. 37) is hereby denied WITHOUT PREJUDICE.


s/J. Thomas Marten
J. THOMAS MARTEN, JUDGE